NO. 12-06-00281-CV

 

IN THE COURT OF APPEALS          

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

WRIGHT BROTHERS SPECIALTY          §                      APPEAL
FROM THE 7TH

SAND, W.B.S.S., L.P.,
WRIGHT BROTHER

SPECIALTY SANDS, L.L.C.,
MARK

WRIGHT AND SCOTT WRIGHT,

APPELLANTS/CROSS-APPELLEES

                                                                        

V.                                                                    §                      JUDICIAL
DISTRICT COURT 

 

LEWIS BYERS, HAROLD ESTES,

FORREST WILLIAMS, DICK
CAYCE, JR.

AND I-20 SAND, L.L.C.,

APPELLEES/CROSS-APPELLANTS        §                      SMITH
COUNTY, TEXAS







MEMORANDUM
OPINION

PER CURIAM

            Appellants/Cross-Appellees,
Wright Brothers Specialty Sand, W.B.S.S., L.P., Wright Brother Specialty Sand,
L.L.C., Mark Wright, and Scott Wright, and Appellees/Cross-Appellants, Lewis
Byers, Harold Estes, Forrest Williams, Dick Cayce, Jr., and I-20 Sand, L.L.C.,
filed a joint motion to reinstate this appeal and then dismiss it.  We
previously abated the appeal as a result of Appellants/Cross-Appellees’ filing
notice of bankruptcy.  Appellants/Cross-Appellees have provided this court
documentation that the resolution of the bankruptcy matters is such that this
appeal can be reinstated.  They have also informed the court that they no
longer wish to pursue the appeal.  Accordingly, the appeal is reinstated on the
docket of this court, and the motion to dismiss is granted.  See
Tex. R. App. P. 42.1(b).  The
costs of this appeal are taxed against the party incurring them.

Opinion delivered May 25, 2011.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

(PUBLISH)